478 A.2d 116

Commonwealth v. Kalchick, Appellant.

Submitted April 2, 1984. Michael A. McGinley, Assistant Public Defender, for appellant; Adam D. Bavolack, Assistant District Attorney, for appellee.

Before WIEAND, JOHNSON and LIPEZ, JJ.

Remanded for an evidentiary hearing and for findings of fact on the issue of the alleged ineffective assistance of guilty plea counsel. Jurisdiction is retained meanwhile.